IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No.: 7:24-CR-00010 (WLS-TQL-1) <br> : <br> TRONYEL L. RUTLAND, : <br> : <br> : <br> Defendant. : <br> : |

## ORDER

Before the Court is a Motion for Continuance and Extension of the Speedy Trial Act, filed by Defendant on April 22, 2024. (Doc. 17). Therein, Defendant requests a continuance to the next trial term and to cancel the pretrial conference currently set for May 1, 2024, because Defendant and his Counsel have not begun to review the discovery nor discuss any possible plea or defenses. (*Id.*) Defendant also notes that the Government does not object to the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue (Doc. 17) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division August 2024 trial term beginning on August 5, 2024, and its conclusion, or as may otherwise be ordered by the Court. Accordingly, the pretrial conference set for May 1, 2024, is **CANCELED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 23rd day of April 2024.

                                               **/s/ W. Louis Sands**
                                               **W. LOUIS SANDS, SR. JUDGE**
                                               **UNITED STATES DISTRICT COURT**