IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:24-CR-00010 (WLS-TQL-1) |
| | : |
| TRONYEL L. RUTLAND, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is Defendant's Motion for Continuance and Extension of the Speedy Trial Act, filed on June 28, 2024. (Doc. 37). Therein, Defendant requests a continuance to the next trial term and to cancel the pretrial conference currently set for July 9, 2024, because Defendant and his Counsel need additional time to review the proposed plea agreement (*Id.*) Defendant also notes that the Government does not object to the instant Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue (Doc. 37) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division November 2024 trial term beginning on November 4, 2024, and its conclusion, or as may otherwise be ordered by the Court. Accordingly, the pretrial conference set for July 9, 2024, is **CANCELED**.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 3rd day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1